# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. C-02-216 |
| | § | (C.A. No. C-07-223) |
| ALFRED NMI BOURGEOIS | § | |

## FINAL JUDGMENT

In accordance with the Court's Memorandum and Order, the Court hereby enters Final Judgment dismissing the motion of Alfred Bourgeois to vacate, set aside or correct sentence under 28 U.S.C. § 2255 or in the alternative pursuant to 28 U.S.C. § 2241. The Court will not certify any issue for consideration by the appellate court.

SIGNED and ORDERED this 19th day of May, 2011.

Janis Graham Jack
United States District Judge