# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

—————————————————————————

|  |  |  |
|---|---|---|
| | : | |
| UNITED STATES OF AMERICA, | : | No. Cr-C-02-216 |
| | : | No. Cv-07-223 |
| Respondent, | : | |
| | : | Honorable Janis Graham Jack |
| v. | : | Sr. U.S.D.J. |
| | : | |
| ALFRED BOURGEOIS, | : | **This is a Capital Case** |
| | : | |
| Petitioner. | : | |

—————————————————————————

## ENTRY OF APPEARANCE

UNDERSIGNED COUNSEL hereby enters his appearance on behalf of

Petitioner, Alfred Bourgeois.

Respectfully submitted,

/s/ Peter Walker
Peter Walker
Assistant Federal Defender
Federal Community Defender for the
 Eastern District of Pennsylvania
Suite 545 West – The Curtis Center
601 Walnut Street
Philadelphia, PA 19106
(215) 928-0520
Peter_Walker@fd.org

Dated:  March 27, 2018

## CERTIFICATE OF SERVICE

I, Peter Walker, hereby certify that on the 27th day of March, 2018, I served the foregoing on the following person by first class mail, postage prepaid:

Carmen Castillo Mitchell, Esq.
United States Attorney's Office
1000 Louisiana Street, Suite 2300
Houston, TX 77002-5010

Julie Hampton, Esq.
United States Attorney's Office
800 N. Shoreline Blvd., #100
Corpus Christi, TX 78401

Counsel for Respondent/Appellee

/s/ Peter Walker
Peter Walker